

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2011 AUG 15 PM 2:33

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WELL GO USA, INC.<br>A TEXAS CORPORATION,<br><br>PLAINTIFF,<br><br>VS.<br><br>UNKNOWN PARTICIPANTS IN<br>FILESHARING SWARM IDENTIFIED BY<br>HASH: B7FEC872874D0CC9B1372ECE-<br>5ED07AD7420A3BBB<br><br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO.: 4:11-cv-00554-A |

## DECLARATION OF SCOTT ARMSTRONG IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY

I, Scott Armstrong, declare:

1. I submit this declaration in support of Plaintiff, Well Go USA's, Motion for Leave to Take Discovery. This declaration is based on my personal knowledge, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

2. On or about May 3, 2011, using a popular and freely available BitTorrent application, I connected to a BitTorrent swarm purported to be sharing unauthorized copies of Plaintiff's film, "Ip Man 2.", This swarm was identified by the title "Ip.Man.2.2010.DVDRip.XviD-GiNJi" and the following unique hash identifier: B7FEC872874D0CC9B1372ECE5ED07AD7420A3BBB.

3. After connecting to the swarm, my BitTorrent software began downloading the film immediately, piece by piece, from multiple members of the swarm simultaneously. In turn, as per the default settings of the software, I also began uploading pieces of the film to any

member of the swarm determined as suitable by the software and its related processes.

4. The numerous other persons in the swarm were each represented by the IP address of the internet account being used by each person to connect to the internet. This information was readily visible via my BitTorrent software. Various other data related to this filesharing process was listed alongside each IP address. Using proprietary software, I began logging the IP addresses and other data as well as taking timed screenshots of the filesharing activity. I continued this process, on Plaintiff's behalf, off and on through July 15, 2011.

5. After my BitTorrent software completed downloading the film, in the form of a digital video file, I carefully reviewed the file and compared it to the original film provided by the Plaintiff. The downloaded file was a complete and accurate embodiment of Plaintiff's film.

6. The attached exhibit comprises a list of IP addresses and related data corresponding to a portion of the Texas-based internet accounts witnessed by me and/or recorded by me as having been involved in the unauthorized reproduction and distribution of Plaintiff's film described above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9th, 2011 at my office in Houston, Texas.

_____
Scott Armstrong

# Exhibit 1

Verizon Online, LLC.
AT&T Internet Services
Sprint
Charter Communications
Insight Communications
Clearwire
Time Warner Cable, Inc.
Suddenlink



# Fwd: Notice of Claim of Copyright Infringement

Tue, Jun 9, 2009 at 12:16 PM

---------- Forwarded message ----------
From: Copyright Notification <notification@copyright.verizon.net>
Date: Fri, 1 May 2009 16:15:47 -0400 (EDT)
Subject: Notice of Claim of Copyright Infringement
To:

Dear Verizon Online Customer:

We are writing to advise you that Verizon recently received a
notification from a copyright owner of a possible copyright violation
that appears to involve your Verizon Online account (the "Complaint").
The work(s) identified by the copyright owner in its Complaint are
listed below.

We are contacting you because our records indicate that the Internet
protocol (IP) address provided to us by the copyright owner was
assigned to your service on the date and time identified by the
copyright owner. While this activity may have occurred without your
permission or knowledge by an unauthorized user, or perhaps by a minor
who may not fully understand the copyright laws, as the primary
account holder, you are legally responsible for all activity
originating from your account.

Copyright work(s) identified in the Complaint:

Copyright infringement level: 1
Notice ID: 17914397
Title: Battlestar Galactica: Razor (TV)
Protocol: BitTorrent
IP Address: 71.96.
DNS: pool-71-96-       .dfw.dsl-w.verizon.net
File Name: Battlestar.Galactica.Razor.2007.UNRATED.EXTENDED.DVDRip.XviD-WAT
File Size: 739942648
Timestamp: 04-30-2009 07:25:11 UTC


Copyright infringement is a serious matter that violates U.S.
copyright law and subjects infringers to criminal and civil liability.
It also violates our Acceptable Use Policy
(http://www2.verizon.net/policies/acceptable_use.asp) and Terms of
Service (http://www2.verizon.net/policies/tos.asp). If you, or
someone using your Internet connection, are engaged in the conduct
alleged by the copyright owner, we urge you to stop (and ensure that
anyone else who might have access to your Internet connection also
stops).

Protecting Your Privacy: The copyright owner has not asked Verizon to
identify you, and Verizon will NOT provide your identity without a
lawful subpoena or other lawful process. However, if the copyright
owner does issue a lawful subpoena or other lawful process that seeks

information about your identity or account, Verizon will be legally required to provide the requested information to the copyright owner.

If you have questions regarding this notice or would like to view Frequently Asked Questions about copyrights and piracy please visit us at www.verizon.net/copyrightfaq.

We appreciate your cooperation on this matter.

Sincerely,

Verizon Online

# Exhibit 3
## List of IP Addresses Identifying the Accounts by Which the Infringement Occurred

| Defendant | Host IP | Date (GMT) | ISP | City* |
|---|---|---|---|---|
| Doe 1 | 99.33.54.40 | 5/17/11 12:27 AM | AT&T Internet Services | San Antonio, TX |
| Doe 2 | 69.155.141.121 | 5/17/11 12:45 AM | AT&T Internet Services | Houston, TX |
| Doe 3 | 98.195.123.122 | 5/17/11 12:51 AM | Comcast Cable | Katy, TX |
| Doe 4 | 99.18.174.124 | 5/17/11 1:03 AM | AT&T Internet Services | Houston, TX |
| Doe 5 | 99.190.44.41 | 5/17/11 1:09 AM | AT&T Internet Services | Grand Prairie, TX |
| Doe 6 | 50.15.244.78 | 5/17/11 1:15 AM | Clearwire Corporation | Houston, TX |
| Doe 7 | 71.51.38.9 | 5/17/11 1:21 AM | CenturyLink | Paradise, TX |
| Doe 8 | 68.206.42.234 | 5/17/11 1:39 AM | Time Warner Cable | Groves, TX |
| Doe 9 | 98.196.131.188 | 5/17/11 2:45 AM | Comcast Cable | Houston, TX |
| Doe 10 | 76.185.41.110 | 5/17/11 2:45 AM | Time Warner Cable | Arlington, TX |
| Doe 11 | 70.122.117.9 | 5/17/11 2:51 AM | Time Warner Cable | Killeen, TX |
| Doe 12 | 70.114.166.59 | 5/17/11 2:51 AM | Time Warner Cable | Austin, TX |
| Doe 13 | 184.76.173.15 | 5/17/11 3:39 AM | Clearwire Corporation | Lewisville, TX |
| Doe 14 | 98.200.107.6 | 5/17/11 3:45 AM | Comcast Cable | Houston, TX |
| Doe 15 | 72.177.146.101 | 5/17/11 3:57 AM | Time Warner Cable | San Antonio, TX |
| Doe 16 | 108.67.161.12 | 5/17/11 4:21 AM | AT&T Internet Services | Houston, TX |
| Doe 17 | 99.91.38.159 | 5/17/11 4:27 AM | AT&T Internet Services | Houston, TX |
| Doe 18 | 70.248.112.208 | 5/17/11 7:24 PM | AT&T Internet Services | Euless, TX |
| Doe 19 | 71.20.101.172 | 5/17/11 8:00 PM | Clearwire Corporation | San Antonio, TX |
| Doe 20 | 70.244.38.109 | 5/17/11 8:12 PM | AT&T Internet Services | Houston, TX |
| Doe 21 | 75.16.97.76 | 5/17/11 8:18 PM | AT&T Internet Services | Corpus Christi, TX |
| Doe 22 | 99.73.220.140 | 5/17/11 8:36 PM | AT&T Internet Services | Grand Prairie, TX |
| Doe 23 | 74.61.71.120 | 5/17/11 8:42 PM | Clearwire Corporation | San Antonio, TX |
| Doe 24 | 71.252.194.113 | 5/17/11 8:54 PM | Verizon Internet Services | Denton, TX |
| Doe 25 | 50.8.10.152 | 5/17/11 9:06 PM | Clearwire Corporation | Houston, TX |
| Doe 26 | 71.153.246.58 | 5/17/11 9:24 PM | AT&T Internet Services | El Paso, TX |
| Doe 27 | 68.185.206.109 | 5/17/11 9:30 PM | Charter Communications | Denton, TX |
| Doe 28 | 99.112.163.21 | 5/17/11 11:38 PM | AT&T Internet Services | Austin, TX |
| Doe 29 | 76.186.32.223 | 5/18/11 12:38 AM | Time Warner Cable | Garland, TX |
| Doe 30 | 71.21.79.36 | 5/18/11 12:56 AM | Clearwire Corporation | San Antonio, TX |
| Doe 31 | 173.74.20.196 | 5/18/11 1:08 AM | Verizon Internet Services | Keller, TX |
| Doe 32 | 70.244.48.107 | 5/18/11 1:32 AM | AT&T Internet Services | Houston, TX |
| Doe 33 | 72.178.59.246 | 5/18/11 1:32 AM | Time Warner Cable | El Paso, TX |
| Doe 34 | 99.88.31.29 | 5/18/11 1:38 AM | AT&T Internet Services | Edinburg, TX |
| Doe 35 | 99.101.213.25 | 5/18/11 1:50 AM | AT&T Internet Services | Houston, TX |
| Doe 36 | 98.198.253.230 | 5/18/11 2:26 AM | Comcast Cable | Houston, TX |
| Doe 37 | 98.196.51.49 | 5/18/11 3:08 AM | Comcast Cable | Houston, TX |
| Doe 38 | 70.116.145.66 | 5/18/11 3:14 AM | Time Warner Cable | Dallas, TX |
| Doe 39 | 50.15.122.192 | 5/18/11 3:26 AM | Clearwire Corporation | Houston, TX |
| Doe 40 | 99.47.140.96 | 5/18/11 3:56 AM | AT&T Internet Services | El Paso, TX |

*City listings are unverified. They are merely the results obtained from the MaxMind IP-lookup service.

| Doe 41 | 99.75.130.71 | 5/18/11 4:14 AM | AT&T Internet Services | Mcallen, TX |
|--------|--------------|-----------------|------------------------|-------------|
| Doe 42 | 70.253.77.250 | 5/18/11 4:26 AM | AT&T Internet Services | Austin, TX |
| Doe 43 | 70.123.143.218 | 5/18/11 4:32 AM | Time Warner Cable | Austin, TX |
| Doe 44 | 70.240.217.247 | 5/18/11 4:56 AM | AT&T Internet Services | Houston, TX |
| Doe 45 | 71.170.91.69 | 5/18/11 4:56 AM | Verizon Internet Services | Garland, TX |
| Doe 46 | 70.124.48.98 | 5/18/11 10:32 PM | Time Warner Cable | Austin, TX |
| Doe 47 | 76.183.13.207 | 5/19/11 12:08 AM | Time Warner Cable | Dallas, TX |
| Doe 48 | 173.57.43.136 | 5/19/11 12:50 AM | Verizon Internet Services | Plano, TX |
| Doe 49 | 76.244.68.252 | 5/19/11 1:02 AM | AT&T Internet Services | Austin, TX |
| Doe 50 | 71.252.227.147 | 5/19/11 1:02 AM | Verizon Internet Services | Carrollton, TX |
| Doe 51 | 72.177.222.168 | 5/19/11 1:14 AM | Time Warner Cable | San Antonio, TX |
| Doe 52 | 76.1.80.221 | 5/19/11 1:14 AM | CenturyLink | Mabank, TX |
| Doe 53 | 24.92.107.61 | 5/19/11 1:14 AM | Time Warner Cable | El Paso, TX |
| Doe 54 | 50.11.64.41 | 5/19/11 1:56 AM | Clearwire Corporation | Dallas, TX |
| Doe 55 | 173.172.212.147 | 5/19/11 4:12 PM | Time Warner Cable | El Paso, TX |
| Doe 56 | 98.196.98.57 | 5/19/11 4:12 PM | Comcast Cable | Houston, TX |
| Doe 57 | 72.178.214.87 | 5/19/11 5:21 PM | Time Warner Cable | Laredo, TX |
| Doe 58 | 173.173.100.24 | 5/19/11 9:43 PM | Time Warner Cable | San Antonio, TX |
| Doe 59 | 99.54.66.47 | 5/19/11 11:39 PM | AT&T Internet Services | Houston, TX |
| Doe 60 | 75.16.124.57 | 5/19/11 11:45 PM | AT&T Internet Services | Corpus Christi, TX |
| Doe 61 | 98.197.63.166 | 5/20/11 12:28 AM | Comcast Cable | Houston, TX |
| Doe 62 | 98.194.205.7 | 5/20/11 12:34 AM | Comcast Cable | Houston, TX |
| Doe 63 | 99.99.185.75 | 5/20/11 12:40 AM | AT&T Internet Services | Dallas, TX |
| Doe 64 | 70.122.116.134 | 5/20/11 1:10 AM | Time Warner Cable | Killeen, TX |
| Doe 65 | 67.9.134.15 | 5/20/11 1:17 AM | Time Warner Cable | Austin, TX |
| Doe 66 | 70.120.225.155 | 5/20/11 1:23 AM | Time Warner Cable | El Paso, TX |
| Doe 67 | 99.38.12.38 | 5/20/11 1:35 AM | AT&T Internet Services | Fort Worth, TX |
| Doe 68 | 70.116.135.160 | 5/20/11 1:59 AM | Time Warner Cable | Dallas, TX |
| Doe 69 | 66.169.117.53 | 5/20/11 2:05 AM | Charter Communications | Haltom City, TX |
| Doe 70 | 66.68.67.190 | 5/20/11 2:35 AM | Time Warner Cable | Austin, TX |
| Doe 71 | 76.186.89.118 | 5/20/11 3:12 AM | Time Warner Cable | Mesquite, TX |
| Doe 72 | 70.136.74.40 | 5/20/11 3:24 AM | AT&T Internet Services | Grand Prairie, TX |
| Doe 73 | 70.138.95.249 | 5/20/11 3:30 AM | AT&T Internet Services | Houston, TX |
| Doe 74 | 173.57.159.39 | 5/20/11 3:30 AM | Verizon Internet Services | Garland, TX |
| Doe 75 | 97.93.240.50 | 5/20/11 5:22 AM | Charter Communications | Fort Worth, TX |
| Doe 76 | 99.187.85.91 | 5/20/11 5:28 AM | AT&T Internet Services | Houston, TX |
| Doe 77 | 75.16.106.31 | 5/20/11 5:52 AM | AT&T Internet Services | Corpus Christi, TX |
| Doe 78 | 75.9.217.90 | 5/20/11 6:22 AM | AT&T Internet Services | Corpus Christi, TX |
| Doe 79 | 76.183.22.129 | 5/20/11 7:28 AM | Time Warner Cable | Dallas, TX |
| Doe 80 | 76.186.161.190 | 5/20/11 8:16 AM | Time Warner Cable | Dallas, TX |
| Doe 81 | 67.9.226.128 | 5/20/11 8:22 AM | Time Warner Cable | El Paso, TX |

| Doe 82 | 173.173.99.23 | 5/20/11 8:46 AM | Time Warner Cable | San Antonio, TX |
|---|---|---|---|---|
| Doe 83 | 70.245.145.27 | 5/20/11 11:22 AM | AT&T Internet Services | Dallas, TX |
| Doe 84 | 75.111.171.38 | 5/20/11 11:40 AM | Suddenlink Comm. | Lubbock, TX |
| Doe 85 | 98.201.177.39 | 5/20/11 1:10 PM | Comcast Cable | Houston, TX |
| Doe 86 | 173.57.156.253 | 5/20/11 2:40 PM | Verizon Internet Services | Garland, TX |
| Doe 87 | 76.30.28.98 | 5/20/11 5:33 PM | Comcast Cable | Katy, TX |
| Doe 88 | 108.73.54.11 | 5/20/11 6:27 PM | AT&T Internet Services | San Antonio, TX |
| Doe 89 | 99.189.12.56 | 5/20/11 6:45 PM | AT&T Internet Services | Arlington, TX |
| Doe 90 | 24.227.199.173 | 5/20/11 6:57 PM | Time Warner Cable | Killeen, TX |
| Doe 91 | 76.185.190.80 | 5/20/11 7:09 PM | Time Warner Cable | Dallas, TX |
| Doe 92 | 76.186.162.122 | 5/20/11 7:51 PM | Time Warner Cable | Dallas, TX |
| Doe 93 | 76.1.95.141 | 5/20/11 9:05 PM | CenturyLink | Humble, TX |
| Doe 94 | 70.253.135.191 | 5/23/11 10:32 PM | AT&T Internet Services | Dallas, TX |
| Doe 95 | 71.53.81.129 | 5/23/11 10:44 PM | CenturyLink | Killeen, TX |
| Doe 96 | 75.1.151.63 | 5/23/11 11:27 PM | AT&T Internet Services | San Antonio, TX |
| Doe 97 | 98.201.128.225 | 5/23/11 11:27 PM | Comcast Cable | Houston, TX |
| Doe 98 | 72.190.59.96 | 5/24/11 1:51 AM | Time Warner Cable | Dallas, TX |
| Doe 99 | 98.198.103.92 | 5/24/11 2:03 AM | Comcast Cable | Sugar Land, TX |
| Doe 100 | 108.79.245.23 | 5/24/11 2:16 AM | AT&T Internet Services | Arlington, TX |
| Doe 101 | 70.118.135.228 | 5/24/11 2:28 AM | Time Warner Cable | Temple, TX |
| Doe 102 | 71.240.160.221 | 5/24/11 3:34 AM | Verizon Internet Services | Carrollton, TX |
| Doe 103 | 70.123.141.25 | 5/24/11 3:40 AM | Time Warner Cable | Austin, TX |
| Doe 104 | 24.162.155.141 | 5/24/11 4:34 AM | Time Warner Cable | Killeen, TX |
| Doe 105 | 76.185.179.78 | 5/24/11 4:40 AM | Time Warner Cable | Dallas, TX |
| Doe 106 | 108.77.14.94 | 5/24/11 11:09 PM | AT&T Internet Services | Spring, TX |
| Doe 107 | 98.197.148.189 | 5/24/11 11:46 PM | Comcast Cable | Sugar Land, TX |
| Doe 108 | 99.73.239.96 | 5/25/11 1:04 AM | AT&T Internet Services | Houston, TX |
| Doe 109 | 99.61.182.155 | 5/25/11 1:28 AM | AT&T Internet Services | Houston, TX |
| Doe 110 | 99.20.31.29 | 5/25/11 2:29 AM | AT&T Internet Services | Brownsville, TX |
| Doe 111 | 72.181.144.107 | 5/25/11 3:17 AM | Time Warner Cable | Dallas, TX |
| Doe 112 | 72.181.195.113 | 5/25/11 3:35 AM | Time Warner Cable | Dallas, TX |
| Doe 113 | 98.196.124.215 | 5/25/11 8:00 AM | Comcast Cable | Houston, TX |
| Doe 114 | 50.8.38.109 | 5/25/11 8:18 AM | Clearwire Corporation | San Antonio, TX |
| Doe 115 | 71.21.29.205 | 5/25/11 8:18 AM | Clearwire Corporation | Lubbock, TX |
| Doe 116 | 99.136.69.213 | 5/25/11 9:08 AM | AT&T Internet Services | Houston, TX |
| Doe 117 | 71.20.94.202 | 5/25/11 10:09 AM | Clearwire Corporation | Georgetown, TX |
| Doe 118 | 70.122.119.228 | 5/25/11 10:29 AM | Time Warner Cable | Killeen, TX |
| Doe 119 | 76.255.86.107 | 5/25/11 10:29 AM | AT&T Internet Services | Arlington, TX |
| Doe 120 | 72.178.212.79 | 5/25/11 12:51 PM | Time Warner Cable | Laredo, TX |
| Doe 121 | 108.32.197.252 | 5/25/11 12:51 PM | Verizon Internet Services | Baytown, TX |
| Doe 122 | 70.122.127.199 | 6/14/11 9:38 PM | Time Warner Cable | Killeen, TX |

| Doe 123 | 24.26.203.12 | 6/14/11 9:38 PM | Time Warner Cable | Harker Heights, TX |
| Doe 124 | 99.168.108.221 | 6/14/11 9:38 PM | AT&T Internet Services | Hurst, TX |
| Doe 125 | 76.186.210.128 | 6/14/11 9:38 PM | Time Warner Cable | Grand Prairie, TX |
| Doe 126 | 173.57.41.126 | 6/14/11 9:50 PM | Verizon Internet Services | Plano, TX |
| Doe 127 | 70.113.65.101 | 6/15/11 5:05 AM | Time Warner Cable | Austin, TX |
| Doe 128 | 173.74.190.76 | 6/15/11 5:05 AM | Verizon Internet Services | Wylie, TX |
| Doe 129 | 99.91.164.99 | 6/15/11 5:13 AM | AT&T Internet Services | Mesquite, TX |
| Doe 130 | 71.96.120.161 | 6/15/11 5:13 AM | Verizon Internet Services | Garland, TX |
| Doe 131 | 70.115.244.60 | 6/15/11 5:53 AM | Time Warner Cable | New Braunfels, TX |
| Doe 132 | 99.69.142.47 | 6/15/11 6:29 AM | AT&T Internet Services | Houston, TX |
| Doe 133 | 108.78.230.100 | 6/15/11 6:43 AM | AT&T Internet Services | Houston, TX |
| Doe 134 | 70.124.32.183 | 6/15/11 6:43 AM | Time Warner Cable | Alamo, TX |
| Doe 135 | 71.11.161.20 | 6/15/11 7:18 AM | Charter Communications | Spring, TX |
| Doe 136 | 99.23.102.244 | 6/15/11 7:24 AM | AT&T Internet Services | Houston, TX |
| Doe 137 | 71.164.153.57 | 6/15/11 8:13 AM | Verizon Internet Services | Lewisville, TX |
| Doe 138 | 76.183.74.113 | 6/15/11 8:25 AM | Time Warner Cable | Garland, TX |
| Doe 139 | 66.140.109.187 | 6/15/11 9:06 AM | AT&T Internet Services | Lubbock, TX |
| Doe 140 | 99.61.241.143 | 6/15/11 9:55 AM | AT&T Internet Services | Houston, TX |
| Doe 141 | 50.15.111.115 | 6/15/11 10:13 AM | Clearwire Corporation | Houston, TX |
| Doe 142 | 99.29.123.209 | 6/15/11 11:01 AM | AT&T Internet Services | Houston, TX |
| Doe 143 | 72.181.130.61 | 6/15/11 11:07 AM | Time Warner Cable | Dallas, TX |
| Doe 144 | 75.16.122.250 | 6/15/11 11:55 AM | AT&T Internet Services | Corpus Christi, TX |
| Doe 145 | 72.178.28.73 | 6/15/11 11:55 AM | Time Warner Cable | El Paso, TX |
| Doe 146 | 99.58.217.138 | 6/15/11 12:07 PM | AT&T Internet Services | Spring, TX |
| Doe 147 | 76.0.84.30 | 6/15/11 1:49 PM | CenturyLink | Killeen, TX |
| Doe 148 | 99.91.2.65 | 6/15/11 2:20 PM | AT&T Internet Services | Austin, TX |
| Doe 149 | 24.73.248.196 | 6/15/11 3:19 PM | Time Warner Cable | Cedar Park, TX |
| Doe 150 | 108.78.230.191 | 6/15/11 3:20 PM | AT&T Internet Services | Houston, TX |
| Doe 151 | 76.187.125.241 | 6/15/11 4:01 PM | Time Warner Cable | Dallas, TX |
| Doe 152 | 184.6.180.171 | 6/15/11 4:49 PM | CenturyLink | Copperas Cove, TX |
| Doe 153 | 108.87.83.167 | 6/15/11 5:09 PM | AT&T Internet Services | Houston, TX |
| Doe 154 | 71.51.42.164 | 6/15/11 8:25 PM | CenturyLink | Killeen, TX |
| Doe 155 | 72.177.160.103 | 6/15/11 8:25 PM | Time Warner Cable | San Antonio, TX |
| Doe 156 | 70.112.229.240 | 6/15/11 8:31 PM | Time Warner Cable | San Marcos, TX |
| Doe 157 | 72.181.170.211 | 6/15/11 9:37 PM | Time Warner Cable | Plano, TX |
| Doe 158 | 71.170.123.179 | 6/15/11 11:01 PM | Verizon Internet Services | Plano, TX |
| Doe 159 | 24.26.214.27 | 6/15/11 11:07 PM | Time Warner Cable | Killeen, TX |
| Doe 160 | 99.110.8.151 | 6/15/11 11:37 PM | AT&T Internet Services | Cypress, TX |
| Doe 161 | 50.11.15.116 | 6/15/11 11:55 PM | Clearwire Corporation | Dallas, TX |
| Doe 162 | 99.73.244.212 | 6/16/11 12:43 AM | AT&T Internet Services | Houston, TX |
| Doe 163 | 99.70.225.110 | 6/16/11 12:43 AM | AT&T Internet Services | Arlington, TX |

| Doe 164 | 68.201.46.165 | 6/16/11 1:07 AM | Time Warner Cable | Killeen, TX |
| Doe 165 | 76.30.184.232 | 6/16/11 1:19 AM | Comcast Cable | Cypress, TX |
| Doe 166 | 99.162.203.228 | 6/16/11 2:13 AM | AT&T Internet Services | Houston, TX |
| Doe 167 | 98.201.56.228 | 6/16/11 3:13 AM | Comcast Cable | Houston, TX |
| Doe 168 | 173.174.130.16 | 6/16/11 3:19 AM | Time Warner Cable | San Antonio, TX |
| Doe 169 | 71.42.216.67 | 6/16/11 1:07 PM | Time Warner Cable | Austin, TX |
| Doe 170 | 68.94.201.215 | 6/16/11 1:13 PM | AT&T Internet Services | Dallas, TX |
| Doe 171 | 24.26.228.89 | 6/16/11 6:42 PM | Time Warner Cable | San Antonio, TX |
| Doe 172 | 72.177.55.236 | 6/16/11 6:42 PM | Time Warner Cable | Austin, TX |
| Doe 173 | 72.178.195.115 | 6/16/11 6:42 PM | Time Warner Cable | Zapata, TX |
| Doe 174 | 74.194.252.163 | 6/16/11 6:42 PM | Suddenlink Comm. | College Station, TX |
| Doe 175 | 76.183.80.252 | 6/16/11 6:42 PM | Time Warner Cable | Irving, TX |
| Doe 176 | 72.190.98.161 | 6/16/11 6:42 PM | Time Warner Cable | Irving, TX |
| Doe 177 | 71.170.221.3 | 6/16/11 6:42 PM | Verizon Internet Services | Keller, TX |
| Doe 178 | 173.57.138.203 | 6/16/11 9:27 PM | Verizon Internet Services | Irving, TX |
| Doe 179 | 74.192.72.209 | 6/16/11 9:33 PM | Suddenlink Comm. | Victoria, TX |
| Doe 180 | 71.252.190.60 | 6/16/11 9:33 PM | Verizon Internet Services | Denton, TX |
| Doe 181 | 68.95.150.28 | 6/16/11 9:33 PM | AT&T Internet Services | Arlington, TX |
| Doe 182 | 99.29.14.39 | 6/16/11 9:39 PM | AT&T Internet Services | Houston, TX |
| Doe 183 | 99.48.113.250 | 6/17/11 1:53 AM | AT&T Internet Services | Houston, TX |
| Doe 184 | 99.23.100.150 | 6/17/11 2:18 AM | AT&T Internet Services | Houston, TX |
| Doe 185 | 70.238.207.64 | 6/17/11 2:36 AM | AT&T Internet Services | Lubbock, TX |
| Doe 186 | 98.200.228.164 | 6/17/11 2:54 AM | Comcast Cable | Spring, TX |
| Doe 187 | 173.74.123.218 | 6/17/11 2:59 AM | Verizon Internet Services | Garland, TX |
| Doe 188 | 99.20.120.248 | 6/17/11 3:12 AM | AT&T Internet Services | Fort Worth, TX |
| Doe 189 | 173.74.255.82 | 6/17/11 3:12 AM | Verizon Internet Services | Irving, TX |
| Doe 190 | 99.98.54.54 | 6/17/11 3:30 AM | AT&T Internet Services | Beaumont, TX |
| Doe 191 | 99.29.223.157 | 6/17/11 4:48 AM | AT&T Internet Services | Arlington, TX |
| Doe 192 | 72.177.203.126 | 6/17/11 6:48 PM | Time Warner Cable | San Antonio, TX |
| Doe 193 | 70.132.206.179 | 6/17/11 6:50 PM | AT&T Internet Services | San Antonio, TX |
| Doe 194 | 173.74.185.27 | 6/17/11 7:48 PM | Verizon Internet Services | Wylie, TX |
| Doe 195 | 70.112.4.184 | 6/17/11 10:56 PM | Time Warner Cable | Austin, TX |
| Doe 196 | 99.97.197.138 | 6/17/11 11:36 PM | AT&T Internet Services | Houston, TX |
| Doe 197 | 72.177.3.84 | 6/18/11 12:27 AM | Time Warner Cable | Austin, TX |
| Doe 198 | 76.183.245.49 | 6/18/11 1:15 AM | Time Warner Cable | Plano, TX |
| Doe 199 | 99.182.221.228 | 6/18/11 1:30 AM | AT&T Internet Services | Katy, TX |
| Doe 200 | 66.68.98.86 | 6/18/11 1:57 AM | Time Warner Cable | Austin, TX |
| Doe 201 | 24.26.206.53 | 6/18/11 2:42 AM | Time Warner Cable | Harker Heights, TX |
| Doe 202 | 99.23.227.145 | 6/18/11 2:48 AM | AT&T Internet Services | Houston, TX |
| Doe 203 | 76.31.181.83 | 6/18/11 3:00 AM | Comcast Cable | Houston, TX |
| Doe 204 | 72.178.93.96 | 6/18/11 4:22 AM | Time Warner Cable | Killeen, TX |

| Doe 205 | 72.191.188.33 | 6/18/11 4:36 AM | Time Warner Cable | El Paso, TX |
|---|---|---|---|---|
| Doe 206 | 99.163.108.233 | 6/18/11 4:58 AM | AT&T Internet Services | Houston, TX |
| Doe 207 | 99.188.84.242 | 6/22/11 10:58 PM | AT&T Internet Services | Houston, TX |
| Doe 208 | 99.45.201.45 | 6/22/11 11:04 PM | AT&T Internet Services | Spring, TX |
| Doe 209 | 173.57.44.179 | 6/22/11 11:22 PM | Verizon Internet Services | Plano, TX |
| Doe 210 | 173.172.50.31 | 6/22/11 11:28 PM | Time Warner Cable | Dallas, TX |
| Doe 211 | 99.57.148.10 | 6/22/11 11:53 PM | AT&T Internet Services | Fort Worth, TX |
| Doe 212 | 70.243.67.145 | 6/23/11 1:36 AM | AT&T Internet Services | San Antonio, TX |
| Doe 213 | 99.34.46.91 | 6/23/11 2:06 AM | AT&T Internet Services | Houston, TX |
| Doe 214 | 98.200.135.56 | 6/23/11 2:19 AM | Comcast Cable | Pasadena, TX |
| Doe 215 | 66.68.71.254 | 6/23/11 2:31 AM | Time Warner Cable | Austin, TX |
| Doe 216 | 71.164.153.214 | 6/23/11 3:31 AM | Verizon Internet Services | Lewisville, TX |
| Doe 217 | 99.37.248.75 | 6/23/11 3:38 AM | AT&T Internet Services | Austin, TX |
| Doe 218 | 74.193.98.53 | 6/23/11 3:44 AM | Suddenlink Comm. | Gainesville, TX |
| Doe 219 | 98.201.53.146 | 6/23/11 4:14 AM | Comcast Cable | Baytown, TX |
| Doe 220 | 97.77.56.178 | 6/23/11 4:32 AM | Time Warner Cable | San Antonio, TX |
| Doe 221 | 70.139.68.94 | 6/23/11 4:57 AM | AT&T Internet Services | Deer Park, TX |
| Doe 222 | 65.65.220.180 | 6/23/11 10:07 PM | AT&T Internet Services | Dallas, TX |
| Doe 223 | 173.174.245.9 | 6/23/11 10:26 PM | Time Warner Cable | San Antonio, TX |
| Doe 224 | 70.124.29.75 | 6/23/11 10:26 PM | Time Warner Cable | Brownsville, TX |
| Doe 225 | 99.54.69.224 | 6/23/11 10:26 PM | AT&T Internet Services | Houston, TX |
| Doe 226 | 99.52.166.57 | 6/23/11 10:38 PM | AT&T Internet Services | Arlington, TX |
| Doe 227 | 98.194.115.25 | 6/23/11 10:44 PM | Comcast Cable | Humble, TX |
| Doe 228 | 99.163.91.66 | 6/23/11 10:50 PM | AT&T Internet Services | Houston, TX |
| Doe 229 | 76.187.236.158 | 6/23/11 11:08 PM | Time Warner Cable | Dallas, TX |
| Doe 230 | 66.68.99.214 | 6/24/11 2:29 AM | Time Warner Cable | Austin, TX |
| Doe 231 | 99.60.220.80 | 6/24/11 2:59 AM | AT&T Internet Services | Dallas, TX |
| Doe 232 | 99.30.107.207 | 6/24/11 3:11 AM | AT&T Internet Services | Houston, TX |
| Doe 233 | 70.113.24.118 | 6/24/11 3:23 AM | Time Warner Cable | Austin, TX |
| Doe 234 | 72.178.51.179 | 6/24/11 3:29 AM | Time Warner Cable | El Paso, TX |
| Doe 235 | 70.125.180.244 | 6/24/11 3:35 AM | Time Warner Cable | Laredo, TX |
| Doe 236 | 70.138.219.6 | 6/24/11 3:35 AM | AT&T Internet Services | Katy, TX |
| Doe 237 | 71.86.125.131 | 6/24/11 4:48 AM | Charter Communications | Fort Worth, TX |
| Doe 238 | 66.25.184.150 | 6/24/11 1:44 PM | Time Warner Cable | Austin, TX |
| Doe 239 | 99.61.240.89 | 6/24/11 1:44 PM | AT&T Internet Services | Houston, TX |
| Doe 240 | 98.194.52.232 | 6/24/11 1:50 PM | Comcast Cable | Crosby, TX |
| Doe 241 | 184.5.69.198 | 6/24/11 2:14 PM | CenturyLink | Killeen, TX |
| Doe 242 | 184.79.200.26 | 6/24/11 3:03 PM | Clearwire Corporation | Killeen, TX |
| Doe 243 | 67.11.211.190 | 6/24/11 3:21 PM | Time Warner Cable | San Antonio, TX |
| Doe 244 | 71.54.122.136 | 6/24/11 5:04 PM | CenturyLink | Killeen, TX |
| Doe 245 | 99.160.12.126 | 6/24/11 5:34 PM | AT&T Internet Services | Dallas, TX |

| Doe 246 | 99.39.225.167 | 6/24/11 6:04 PM | AT&T Internet Services | Houston, TX |
| Doe 247 | 70.122.112.138 | 6/24/11 10:11 PM | Time Warner Cable | Killeen, TX |
| Doe 248 | 72.191.104.51 | 6/24/11 10:11 PM | Time Warner Cable | Port Arthur, TX |
| Doe 249 | 67.10.70.233 | 6/25/11 12:55 AM | Time Warner Cable | Mcallen, TX |
| Doe 250 | 75.110.188.216 | 6/25/11 1:25 AM | Suddenlink Comm. | Victoria, TX |
| Doe 251 | 99.156.163.199 | 6/25/11 1:56 AM | AT&T Internet Services | Fort Worth, TX |
| Doe 252 | 99.104.104.225 | 6/25/11 2:02 AM | AT&T Internet Services | Austin, TX |
| Doe 253 | 72.178.123.71 | 6/25/11 2:32 AM | Time Warner Cable | San Antonio, TX |
| Doe 254 | 99.42.217.10 | 6/25/11 4:16 AM | AT&T Internet Services | Weatherford, TX |
| Doe 255 | 98.200.197.146 | 6/25/11 2:29 PM | Comcast Cable | Spring, TX |
| Doe 256 | 99.177.95.47 | 6/25/11 3:23 PM | AT&T Internet Services | Houston, TX |
| Doe 257 | 99.163.92.254 | 6/25/11 4:00 PM | AT&T Internet Services | Houston, TX |
| Doe 258 | 76.30.215.7 | 6/25/11 6:01 PM | Comcast Cable | Houston, TX |
| Doe 259 | 99.93.60.41 | 6/25/11 6:26 PM | AT&T Internet Services | Victoria, TX |
| Doe 260 | 99.51.187.177 | 6/25/11 7:20 PM | AT&T Internet Services | Austin, TX |
| Doe 261 | 72.191.170.80 | 6/25/11 7:38 PM | Time Warner Cable | El Paso, TX |
| Doe 262 | 76.31.62.238 | 6/25/11 7:51 PM | Comcast Cable | Houston, TX |
| Doe 263 | 66.68.39.29 | 6/25/11 8:21 PM | Time Warner Cable | Round Rock, TX |
| Doe 264 | 66.142.95.182 | 6/25/11 11:54 PM | AT&T Internet Services | San Antonio, TX |
| Doe 265 | 99.163.90.58 | 6/26/11 12:12 AM | AT&T Internet Services | Houston, TX |
| Doe 266 | 67.9.163.73 | 6/26/11 12:24 AM | Time Warner Cable | Austin, TX |
| Doe 267 | 99.41.27.55 | 6/26/11 12:48 AM | AT&T Internet Services | Houston, TX |
| Doe 268 | 99.34.48.10 | 6/26/11 3:08 AM | AT&T Internet Services | Houston, TX |
| Doe 269 | 67.11.77.84 | 6/26/11 3:14 AM | Time Warner Cable | Pharr, TX |
| Doe 270 | 75.110.249.196 | 6/26/11 3:20 AM | Suddenlink Comm. | Lubbock, TX |
| Doe 271 | 99.78.123.46 | 6/26/11 4:21 AM | AT&T Internet Services | Crowley, TX |
| Doe 272 | 24.243.28.36 | 6/26/11 4:51 AM | Time Warner Cable | San Antonio, TX |
| Doe 273 | 98.195.150.50 | 6/26/11 6:43 AM | Comcast Cable | Houston, TX |
| Doe 274 | 76.183.138.9 | 6/26/11 9:26 AM | Time Warner Cable | Garland, TX |
| Doe 275 | 69.153.63.23 | 6/26/11 11:39 AM | AT&T Internet Services | San Antonio, TX |
| Doe 276 | 99.65.228.19 | 6/26/11 1:10 PM | AT&T Internet Services | Houston, TX |
| Doe 277 | 24.167.1.161 | 6/26/11 1:28 PM | Time Warner Cable | Mission, TX |
| Doe 278 | 99.23.103.110 | 6/26/11 2:46 PM | AT&T Internet Services | Houston, TX |
| Doe 279 | 108.87.128.144 | 6/26/11 3:34 PM | AT&T Internet Services | Dallas, TX |
| Doe 280 | 24.242.171.118 | 6/26/11 6:30 PM | Time Warner Cable | San Antonio, TX |
| Doe 281 | 76.30.91.49 | 6/26/11 8:01 PM | Comcast Cable | Sugar Land, TX |
| Doe 282 | 99.72.5.248 | 6/26/11 8:13 PM | AT&T Internet Services | Houston, TX |
| Doe 283 | 99.91.39.151 | 6/26/11 8:25 PM | AT&T Internet Services | Houston, TX |
| Doe 284 | 99.73.239.131 | 6/26/11 8:37 PM | AT&T Internet Services | Houston, TX |
| Doe 285 | 70.129.141.172 | 6/26/11 10:27 PM | AT&T Internet Services | Grand Prairie, TX |
| Doe 286 | 99.77.69.3 | 6/26/11 10:51 PM | AT&T Internet Services | Houston, TX |

| Doe 287 | 24.162.173.31 | 6/26/11 11:09 PM | Time Warner Cable | Mission, TX |
|---|---|---|---|---|
| Doe 288 | 98.194.253.52 | 6/26/11 11:27 PM | Comcast Cable | Houston, TX |
| Doe 289 | 68.94.219.252 | 6/27/11 12:22 AM | AT&T Internet Services | Dallas, TX |
| Doe 290 | 72.181.98.139 | 6/27/11 12:34 AM | Time Warner Cable | Schertz, TX |
| Doe 291 | 173.174.139.234 | 6/27/11 12:40 AM | Time Warner Cable | San Antonio, TX |
| Doe 292 | 99.20.28.189 | 6/27/11 12:52 AM | AT&T Internet Services | Edinburg, TX |
| Doe 293 | 99.69.147.84 | 6/27/11 2:54 AM | AT&T Internet Services | Austin, TX |
| Doe 294 | 76.209.18.123 | 6/27/11 2:54 AM | AT&T Internet Services | Burleson, TX |
| Doe 295 | 70.139.234.231 | 6/28/11 5:52 AM | AT&T Internet Services | Houston, TX |
| Doe 296 | 66.140.100.125 | 6/28/11 6:28 AM | AT&T Internet Services | Lubbock, TX |
| Doe 297 | 76.185.169.40 | 6/28/11 6:28 AM | Time Warner Cable | Dallas, TX |
| Doe 298 | 24.243.181.223 | 6/28/11 6:40 AM | Time Warner Cable | Harker Heights, TX |
| Doe 299 | 70.117.170.240 | 6/28/11 8:35 AM | Time Warner Cable | El Paso, TX |
| Doe 300 | 99.189.177.164 | 6/28/11 1:19 PM | AT&T Internet Services | Houston, TX |
| Doe 301 | 72.191.48.54 | 6/28/11 1:56 PM | Time Warner Cable | San Antonio, TX |
| Doe 302 | 24.242.205.199 | 6/28/11 3:15 PM | Time Warner Cable | Dallas, TX |
| Doe 303 | 98.195.147.26 | 6/28/11 3:21 PM | Comcast Cable | Katy, TX |
| Doe 304 | 24.173.239.46 | 6/28/11 3:39 PM | Time Warner Cable | Del Rio, TX |
| Doe 305 | 99.9.85.36 | 6/29/11 2:02 PM | AT&T Internet Services | Fort Worth, TX |
| Doe 306 | 184.5.67.95 | 6/29/11 2:32 PM | CenturyLink | Killeen, TX |
| Doe 307 | 76.30.182.161 | 6/29/11 2:56 PM | Comcast Cable | Houston, TX |
| Doe 308 | 184.5.69.36 | 6/29/11 3:39 PM | CenturyLink | Killeen, TX |
| Doe 309 | 66.142.92.159 | 6/29/11 4:27 PM | AT&T Internet Services | San Antonio, TX |
| Doe 310 | 76.4.63.89 | 6/29/11 4:39 PM | CenturyLink | Humble, TX |
| Doe 311 | 24.167.18.223 | 6/29/11 4:45 PM | Time Warner Cable | Mcallen, TX |
| Doe 312 | 99.179.1.17 | 6/29/11 5:28 PM | AT&T Internet Services | Austin, TX |
| Doe 313 | 67.65.196.74 | 6/29/11 10:27 PM | AT&T Internet Services | San Antonio, TX |
| Doe 314 | 70.138.45.172 | 6/29/11 10:27 PM | AT&T Internet Services | Missouri City, TX |
| Doe 315 | 70.113.115.77 | 6/29/11 10:57 PM | Time Warner Cable | Austin, TX |
| Doe 316 | 12.147.144.153 | 6/29/11 11:21 PM | AT&T Internet Services | Dallas, TX |
| Doe 317 | 99.72.0.90 | 6/29/11 11:45 PM | AT&T Internet Services | Houston, TX |
| Doe 318 | 24.28.188.214 | 6/30/11 12:40 AM | Time Warner Cable | El Paso, TX |
| Doe 319 | 24.170.45.143 | 6/30/11 1:10 AM | Time Warner Cable | Corpus Christi, TX |
| Doe 320 | 99.163.94.238 | 6/30/11 1:16 AM | AT&T Internet Services | Houston, TX |
| Doe 321 | 99.184.72.183 | 6/30/11 2:28 AM | AT&T Internet Services | Austin, TX |
| Doe 322 | 70.138.232.2 | 6/30/11 2:59 AM | AT&T Internet Services | Houston, TX |
| Doe 323 | 70.248.193.23 | 6/30/11 4:30 AM | AT&T Internet Services | Tyler, TX |
| Doe 324 | 72.177.200.217 | 6/30/11 8:37 PM | Time Warner Cable | San Antonio, TX |
| Doe 325 | 99.120.135.90 | 6/30/11 8:49 PM | AT&T Internet Services | Houston, TX |
| Doe 326 | 71.2.127.102 | 6/30/11 10:44 PM | CenturyLink | Haslet, TX |
| Doe 327 | 99.74.25.24 | 7/1/11 12:45 AM | AT&T Internet Services | Houston, TX |

| Doe 328 | 98.194.99.207 | 7/1/11 1:03 AM | Comcast Cable | Texas City, TX |
| Doe 329 | 72.191.90.68 | 7/1/11 1:09 AM | Time Warner Cable | Del Rio, TX |
| Doe 330 | 75.54.83.0 | 7/1/11 1:33 AM | AT&T Internet Services | Austin, TX |
| Doe 331 | 99.66.82.32 | 7/1/11 2:16 AM | AT&T Internet Services | Dallas, TX |
| Doe 332 | 76.31.212.219 | 7/1/11 3:58 AM | Comcast Cable | Houston, TX |
| Doe 333 | 70.125.176.113 | 7/1/11 4:59 AM | Time Warner Cable | Zapata, TX |
| Doe 334 | 76.183.74.73 | 7/1/11 10:36 PM | Time Warner Cable | Garland, TX |
| Doe 335 | 99.12.217.247 | 7/1/11 10:48 PM | AT&T Internet Services | Spring, TX |
| Doe 336 | 173.57.116.109 | 7/2/11 2:14 AM | Verizon Internet Services | Flower Mound, TX |
| Doe 337 | 99.184.82.189 | 7/2/11 2:20 AM | AT&T Internet Services | Austin, TX |
| Doe 338 | 75.40.98.223 | 7/2/11 2:44 AM | AT&T Internet Services | El Paso, TX |
| Doe 339 | 99.162.201.245 | 7/2/11 3:08 AM | AT&T Internet Services | Houston, TX |
| Doe 340 | 70.113.49.123 | 7/2/11 4:15 AM | Time Warner Cable | Austin, TX |
| Doe 341 | 76.255.72.67 | 7/2/11 4:21 AM | AT&T Internet Services | Dallas, TX |
| Doe 342 | 99.28.189.50 | 7/2/11 12:25 PM | AT&T Internet Services | Houston, TX |
| Doe 343 | 99.69.72.82 | 7/2/11 1:32 PM | AT&T Internet Services | San Antonio, TX |
| Doe 344 | 74.197.117.45 | 7/2/11 3:02 PM | Suddenlink Comm. | Lubbock, TX |
| Doe 345 | 98.194.28.19 | 7/2/11 3:26 PM | Comcast Cable | Houston, TX |
| Doe 346 | 69.149.105.160 | 7/2/11 4:32 PM | AT&T Internet Services | San Antonio, TX |
| Doe 347 | 173.57.143.166 | 7/2/11 7:27 PM | Verizon Internet Services | Garland, TX |
| Doe 348 | 66.25.66.210 | 7/2/11 8:22 PM | Time Warner Cable | San Antonio, TX |
| Doe 349 | 108.73.52.65 | 7/2/11 8:46 PM | AT&T Internet Services | San Antonio, TX |
| Doe 350 | 173.172.205.225 | 7/2/11 8:58 PM | Time Warner Cable | El Paso, TX |
| Doe 351 | 76.186.151.12 | 7/2/11 9:58 PM | Time Warner Cable | Frisco, TX |
| Doe 352 | 76.186.152.101 | 7/2/11 11:47 PM | Time Warner Cable | Frisco, TX |
| Doe 353 | 99.112.190.205 | 7/3/11 12:24 AM | AT&T Internet Services | Fort Worth, TX |
| Doe 354 | 71.54.117.27 | 7/3/11 2:48 AM | CenturyLink | Gatesville, TX |
| Doe 355 | 173.57.123.36 | 7/3/11 3:43 AM | Verizon Internet Services | Flower Mound, TX |
| Doe 356 | 98.195.141.94 | 7/3/11 6:59 AM | Comcast Cable | Missouri City, TX |
| Doe 357 | 209.30.161.162 | 7/3/11 10:48 AM | AT&T Internet Services | Dallas, TX |
| Doe 358 | 99.59.61.88 | 7/3/11 1:18 PM | AT&T Internet Services | Houston, TX |
| Doe 359 | 173.74.135.70 | 7/3/11 9:09 PM | Verizon Internet Services | Grapevine, TX |
| Doe 360 | 76.187.221.35 | 7/3/11 9:57 PM | Time Warner Cable | Arlington, TX |
| Doe 361 | 75.110.213.125 | 7/3/11 11:34 PM | Suddenlink Comm. | Lubbock, TX |
| Doe 362 | 99.50.240.171 | 7/4/11 12:04 AM | AT&T Internet Services | Houston, TX |
| Doe 363 | 108.86.57.80 | 7/4/11 1:52 AM | AT&T Internet Services | San Antonio, TX |
| Doe 364 | 71.96.218.233 | 7/4/11 1:52 AM | Verizon Internet Services | Denton, TX |
| Doe 365 | 99.126.88.197 | 7/4/11 4:11 AM | AT&T Internet Services | Houston, TX |
| Doe 366 | 70.249.45.217 | 7/5/11 10:37 PM | AT&T Internet Services | San Antonio, TX |
| Doe 367 | 75.1.178.95 | 7/5/11 10:46 PM | AT&T Internet Services | Cibolo, TX |
| Doe 368 | 66.139.216.146 | 7/5/11 11:04 PM | AT&T Internet Services | Dallas, TX |

| Doe 369 | 72.179.58.164 | 7/5/11 11:40 PM | Time Warner Cable | Austin, TX |
|---------|---------------|-----------------|-------------------|------------|
| Doe 370 | 74.197.69.253 | 7/6/11 12:11 AM | Suddenlink Comm. | Midland, TX |
| Doe 371 | 72.64.64.81 | 7/6/11 1:18 AM | Verizon Internet Services | Dallas, TX |
| Doe 372 | 72.177.171.104 | 7/6/11 1:36 AM | Time Warner Cable | San Antonio, TX |
| Doe 373 | 70.140.149.163 | 7/6/11 1:48 AM | AT&T Internet Services | Houston, TX |
| Doe 374 | 71.123.157.220 | 7/6/11 1:54 AM | Verizon Internet Services | Lewisville, TX |
| Doe 375 | 75.17.252.222 | 7/6/11 2:06 AM | AT&T Internet Services | Grand Prairie, TX |
| Doe 376 | 70.124.48.89 | 7/6/11 3:37 AM | Time Warner Cable | Austin, TX |
| Doe 377 | 98.199.31.65 | 7/6/11 11:04 PM | Comcast Cable | La Marque, TX |
| Doe 378 | 76.210.145.233 | 7/7/11 12:17 AM | AT&T Internet Services | Corpus Christi, TX |
| Doe 379 | 99.163.114.184 | 7/7/11 12:23 AM | AT&T Internet Services | Houston, TX |
| Doe 380 | 99.190.212.78 | 7/7/11 2:30 AM | AT&T Internet Services | Burleson, TX |
| Doe 381 | 173.175.136.83 | 7/7/11 3:00 AM | Time Warner Cable | El Paso, TX |
| Doe 382 | 99.61.181.88 | 7/7/11 3:12 AM | AT&T Internet Services | Houston, TX |
| Doe 383 | 70.104.21.13 | 7/7/11 3:12 AM | Verizon Internet Services | Denton, TX |
| Doe 384 | 99.12.193.7 | 7/7/11 3:30 AM | AT&T Internet Services | Austin, TX |
| Doe 385 | 76.210.151.16 | 7/7/11 4:19 AM | AT&T Internet Services | Corpus Christi, TX |
| Doe 386 | 75.110.204.196 | 7/7/11 4:37 AM | Suddenlink Comm. | Lubbock, TX |
| Doe 387 | 71.15.118.222 | 7/7/11 4:37 AM | Charter Communications | Denton, TX |
| Doe 388 | 108.87.85.79 | 7/7/11 4:49 AM | AT&T Internet Services | Houston, TX |
| Doe 389 | 68.88.255.221 | 7/7/11 4:55 AM | AT&T Internet Services | Houston, TX |
| Doe 390 | 173.57.89.77 | 7/7/11 9:56 PM | Verizon Internet Services | Plano, TX |
| Doe 391 | 64.216.47.90 | 7/7/11 10:26 PM | AT&T Internet Services | Lubbock, TX |
| Doe 392 | 99.97.134.248 | 7/7/11 10:26 PM | AT&T Internet Services | San Antonio, TX |
| Doe 393 | 99.100.77.58 | 7/7/11 10:32 PM | AT&T Internet Services | Fort Worth, TX |
| Doe 394 | 24.162.159.142 | 7/7/11 11:27 PM | Time Warner Cable | Killeen, TX |
| Doe 395 | 66.68.205.21 | 7/7/11 11:45 PM | Time Warner Cable | Weslaco, TX |
| Doe 396 | 70.238.205.188 | 7/7/11 11:57 PM | AT&T Internet Services | Lubbock, TX |
| Doe 397 | 70.112.252.242 | 7/8/11 12:40 AM | Time Warner Cable | San Marcos, TX |
| Doe 398 | 76.30.116.94 | 7/8/11 1:46 AM | Comcast Cable | Highlands, TX |
| Doe 399 | 99.9.197.148 | 7/8/11 1:52 AM | AT&T Internet Services | Roanoke, TX |
| Doe 400 | 68.206.65.192 | 7/8/11 3:11 AM | Time Warner Cable | Brownsville, TX |
| Doe 401 | 99.67.77.76 | 7/8/11 3:11 AM | AT&T Internet Services | Mansfield, TX |
| Doe 402 | 98.194.211.11 | 7/8/11 3:29 AM | Comcast Cable | Houston, TX |
| Doe 403 | 99.169.145.65 | 7/8/11 3:29 AM | AT&T Internet Services | Alamo, TX |
| Doe 404 | 75.63.11.88 | 7/8/11 4:05 AM | AT&T Internet Services | Harlingen, TX |
| Doe 405 | 72.183.12.159 | 7/8/11 4:35 PM | Time Warner Cable | Brownsville, TX |
| Doe 406 | 98.200.27.73 | 7/8/11 5:17 PM | Comcast Cable | Houston, TX |
| Doe 407 | 50.15.36.112 | 7/8/11 11:35 PM | Clearwire Corporation | Houston, TX |
| Doe 408 | 70.115.71.208 | 7/9/11 12:36 AM | Time Warner Cable | Mission, TX |
| Doe 409 | 99.98.241.251 | 7/9/11 3:45 AM | AT&T Internet Services | Dallas, TX |

| Doe 410 | 66.69.18.134 | 7/9/11 4:58 AM | Time Warner Cable | San Antonio, TX |
| Doe 411 | 99.61.242.191 | 7/9/11 4:58 AM | AT&T Internet Services | Houston, TX |
| Doe 412 | 70.241.98.66 | 7/9/11 3:44 PM | AT&T Internet Services | Houston, TX |
| Doe 413 | 99.20.85.122 | 7/9/11 4:39 PM | AT&T Internet Services | Fort Worth, TX |
| Doe 414 | 67.9.136.213 | 7/10/11 4:40 PM | Time Warner Cable | Austin, TX |
| Doe 415 | 98.197.248.130 | 7/10/11 4:40 PM | Comcast Cable | Houston, TX |
| Doe 416 | 74.196.158.242 | 7/10/11 5:17 PM | Suddenlink Comm. | Lufkin, TX |
| Doe 417 | 99.104.107.38 | 7/10/11 6:24 PM | AT&T Internet Services | Austin, TX |