ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*Fort Worth Division*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 31 2011
CLERK, U.S. DISTRICT COURT
By _____
Deputy

WELL GO USA, INC.
Plaintiff

UNKNOWN PARTICIPANTS IN FILESHARING SWARM IDENTIFIED BY HASH: B7FEC8728-7D0CC9B1372ECE5ED07AD7420A3BBB
Defendant

4:11-cv-00554-A
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

WELL GO USA, INC.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None.

| | |
|---|---|
| Date: | 8/24/2011 |
| Signature: | s/ Evan Stone |
| Print Name: | Evan Stone |
| Bar Number: | 24072371 |
| Address: | 624 W. University Dr., #386 |
| City, State, Zip: | Denton, TX 76201 |
| Telephone: | 940-594-7406 |
| Fax: | 310-756-1201 |
| E-Mail: | evan@wolfe-stone.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons



**RECEIVED**
AUG 31 2011
CHAMBERS, U.S. DISTRICT JUDGE
JOHN McBRYDE

Judge John H. McBryde
501 West 10th Street, Room 401
Fort Worth, TX 76102-3673



THE LAW OFFICES OF EVAN STONE
624 W. University Dr. #386 ~ Denton, TX 76201



**RECEIVED**
AUG 31 2011
CHAMBERS, U.S. DISTRICT JUDGE
JOHN McBRYDE