UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| WELL GO USA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:11-cv-00554 |
| | § | |
| UNKNOWN PARTICIPANTS IN FILESHARING SWARM, | § | |
| | § | |
| Defendants. | § | |

### TIME WARNER CABLE INC.'S MOTION TO QUASH SUBPOENA

BEFORE THE COURT is Time Warner Cable Inc.'s Motion to Quash the Subpoena served upon it by The Law Offices of Evan Stone on August 23, 2011. Having considered the Motion to Quash, the Court is of the opinion that it should be **GRANTED**. It is hereby ordered that the Subpoena to Time Warner Cable Inc. issued by The Law Offices of Even Stone on August 23, 2011 is **QUASHED**.

It is so ordered this _____ day of _____, 2011.

_____
PRESIDING JUDGE