FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2011 SEP 26 AM 9:42

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WELL GO USA, INC. <br> A TEXAS CORPORATION <br><br> PLAINTIFF, <br><br> VS. <br><br> UNKNOWN PARTICIPANTS IN <br> FILESHARING SWARM IDENTIFIED BY <br> HASH; B7FEC872874D0CC9B1372ECE-<br>5ED07AD7420A3BBB <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § | C.A. NO.: 4:11-cv-00554-A |

## OBJECTION TO PLAINTIFF WELL GO, USA, INC.
### SUBPOENA IN A CIVIL CASE

Plaintiff hereby objects to the production, inspection, and/or copying of documents designated in the subpoena purportedly served by Plaintiff Well Go USA, Inc., in the above-referenced matter (the "Subpoena") on the following grounds:

### OBJECTION TO PLAINTIFF'S
### SUBPOENA IN A CIVIL CASE

Plaintiff's subpoena is directed to unknown participants which is overly broad and not definitive. Defendant has never accessed the domain nor the website which is the subject matter of this dispute. Although Defendant is a customer of Charter their access to the Internet is neither protected nor blocked in any way. Defendant did not use this site and cannot identify other neighbors who could have accessed this site via his wireless provider.

Defendant further claims that providing such information is a violation of his privacy and puts him in a target position for identity theft and/or unapproved use of his wireless service.

Respectfully submitted,

*/s/ Sharon B. Smith*

Sharon B. Smith
State Bar No. 03070850
SHARON B. SMITH, P.C.
1905 Central Drive, Suite 103
Bedford, Texas 76021
Telephone: (817) 354-7661
Facsimile: (817) 540-1833
Texas DL #XXXXXX039
Social Security #XXX-XX-X606

### CERTIFICATE OF SERVICE

I, Sharon B. Smith, certify that a true and correct copy of the foregoing Defendant's Objections has been mailed to Plaintiff's attorney, Evan Stone, Esq., 624 W. University Drive # 386, Denton, Texas 76201 by certified mail, return receipt requested, on the 25th day of September, 2011.

*/s/ Sharon B. Smith*

Sharon B. Smith